IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HOWARD M. BERRY, )<br>)<br>    *Plaintiff*, )<br>)<br>  v. )<br>)<br>MARK ESPER[1], )<br>SECRETARY OF THE ARMY and )<br>)<br>JAMES MATTIS, )<br>SECRETARY OF DEFENSE, )<br>)<br>    *Defendants*. )<br>) | Case No. 17-2112 (CRC) |

## PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Howard M. Berry, by counsel and pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, hereby cross-moves for summary judgment against Defendants Mark Esper, Secretary of the Army, and James Mattis, Secretary of Defense. As grounds therefor, Plaintiff respectfully refers the Court to the accompanying "Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and in Support of Plaintiff's Cross-Motion for Summary Judgment," and "Plaintiff's Response to Defendants' Statement of Material Facts Not in Dispute and Statement of Material Facts in Support of Cross-Motion for Summary Judgment."

Dated: March 19, 2018

Respectfully submitted,

JUDICIAL WATCH, INC.

*/s/ Paul J. Orfanedes*
Paul J. Orfanedes
D.C. Bar No. 429716

*/s/ Lauren M. Burke*

---

[1] Pursuant to Fed. R. Civ. P. 25(d), the Secretary of the Army, Mark Esper, is automatically substituted as the proper Defendant in place of Ryan D. McCarthy, who no longer serves as Secretary.

1

                                        Lauren M. Burke  
                                      D.C. Bar No. 1028811

                                      425 Third Street SW, Suite 800  
                                      Washington, DC 20024  
                                      Tel:  (202) 646-5172  
                                      Fax:  (202) 646-5199  
                                      Email:  porfanedes@judicialwatch.org  
                                                           lburke@judicialwatch.org

                                      *Attorneys for Plaintiff*