**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

HOWARD M. BERRY,

        Plaintiff,

    vs.

DR. MARK T. ESPER, in his official capacity
as Secretary of the Army, *et al*.,

        Defendants.

Civil Action No. 17-2112 (CRC)

---

**DEFENDANTS' NOTICE OF FILING SUPPLEMENT TO**
**THE ADMINISTRATIVE RECORD WITH CERTIFIED INDEX**

In accordance with Local Civil Rule 7(n)(1), Defendants Secretary of the Army Dr. Mark

T. Esper and Acting Secretary of Defense Patrick M. Shanahan, by and through counsel,

respectfully file the accompanying supplement to the administrative record with certified index

of the contents thereof.

Dated:  May 20, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

*Of Counsel:*
MICHAEL M. TOWNSEND, JR.
Major, U.S. Army
U.S. Army Legal Services Agency
Litigation Division
9275 Gunston Road
Fort Belvoir, VA 22060

BY: */s/ Roberto C. Martens, Jr.*
ROBERTO C. MARTENS, JR.
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
roberto.martens@usdoj.gov

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 20th day of May 2019, I served upon counsel for Plaintiff the

foregoing Defendants' notice of filing supplement to the administrative record with

accompanying supplement and certified index by filing said documents using the Court's

Electronic Case Filing System.

Dated:  May 20, 2019                    */s/ Roberto C. Martens, Jr.*
                                        ROBERTO C. MARTENS, JR.
                                        Special Assistant United States Attorney