UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LYNN BROWN,<br><br>         *Plaintiff*,<br><br>              v.<br><br>MARK T. ESPER, Secretary of Defense, *et al.*,<br><br>         *Defendants*. | Civil Action No. 17-2112 (CRC) |

**DEFENDANTS' NOTICE OF FILING SECOND SUPPLEMENT
TO THE ADMINISTRATIVE RECORD WITH CERTIFIED INDEX**

In accordance with Local Civil Rule 7(n)(1), Defendants, by and through undersigned counsel, respectfully file the accompanying second supplement to the administrative record with certified index of the contents thereof.

Dated:  October 23, 2020

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

BY: */s/ Sean P. Mahard*
SEAN P. MAHARD, CT Bar # 436524
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2574
sean.mahard@usdoj.gov

*Attorneys for Defendants*